ALD-090                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-4258
_____

IN RE:  JOEL DIAZ-HINIRIO,

Petitioner

_____

On a Petition for Writ of Mandamus
from the District Court of the Virgin Islands
(Related to D.V.I. Crim. No. 3-11-cr-00035-002)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 5, 2017
Before:  MCKEE, JORDAN and RESTREPO, <u>Circuit</u> <u>Judges</u>

(Opinion filed: February 13, 2017)
_____

OPINION[*]
_____

PER CURIAM

Joel Diaz-Hinirio pleaded guilty to federal drug and firearms offenses, but he

preserved his ability to appeal the District Court's order denying in part his motions to

suppress.  Diaz-Hinirio appealed that ruling at C.A. No. 13-3198.  In that appeal, we

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

remanded for the District Court to "state its essential findings on the record" as required by Rule 12(d) of the Federal Rules of Criminal Procedure.

Diaz-Hinirio has filed a petition for a writ of mandamus directing the District Court to comply with our mandate. On December 10, 2016, however, the District Court issued a detailed 59-page opinion explaining its reasons for denying in part Diaz-Hinirio's motions to suppress. (ECF No. 237.) Thus, Diaz-Hinirio's petition is moot, and we will dismiss it on that basis.